UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

ULF M. PETERSEN,

    Debtor.

Case No. A07-00481-DMD
Chapter 13

**Filed On
4/18/08**

# MEMORANDUM REGARDING SHOW CAUSE ORDER

The court issued a show cause order regarding possible violations of the automatic stay by Erica Richie. Ms. Richie obtained a clerk's deed to the debtor's home through state court divorce proceedings after the debtor filed for Chapter 7 relief. While Ms. Richie received relief from stay to reduce her unliquidated divorce claims to judgment, she did not receive relief from stay to execute against the debtor's home. She has taken no further action to execute against the debtor since the clerk's deed and the debtor has not been damaged by her actions at this stage of the proceedings. The debtor is attempting to formulate a Chapter 13 plan. If he confirms a plan that provides for Ms. Richie's claim, the clerk's deed should be voided. If, on the other hand, the debtor does not confirm a plan, Ms. Richie should retain all of her state court remedies. She should not be forced to go through the tedious and cumbersome state court procedures yet again. I will enter an order that reflects these considerations.

DATED: April 18, 2008.

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:   Pro Se Debtor
G. Oczkus, Esq.
H. Gazaway, Esq.
L. Compton, Trustee
U.S. Trustee

04/18/08